# EXHIBIT A

## COMMONWEALTH OF MASSACGHUSETTS

BRISTOL, SS

C.A. No.:  BRCV 2009-00247-B

| | |
|---|---|
| JESUS RAMOS,<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>THOMAS M. HODGSON, )<br>Individually and in His Capacity )<br>as Sheriff of Bristol County; )<br>BRISTOL COUNTY;  and )<br>CERTAIN UNKNOWN )<br>AGENTS OR EMPLOYEES )<br>OF BRISTOL COUNTY )<br>)<br>Defendants, )<br>) | <u>AMENDED COMPLAINT</u><br><br><u>PLAINTIFF CLAIMS TRIAL BY JURY</u> |

### GENERAL ALLEGATIONS

1. The plaintiff, Jesus Ramos,  is an individual, with a place of residence in New Bedford, Bristol County, Commonwealth of Massachusetts;

2. The defendant, Thomas M. Hodgson, is an individual and is the Sheriff of Bristol County, a political subdivision of the Commonwealth of Massachusetts and this   action is brought against him both individually and in his official capacity as Sheriff of Bristol County;

3.  Bristol County is a political subdivision of the Commonwealth of Massachusetts;

4. The defendants are also individuals whose identity is unknown at this time and who were, at the time of the incident set forth within this Complaint, employed by the Bristol County Sheriff's Department;

5. The plaintiff brings the instant action for negligence, pursuant to General laws Chapter 258 and for violations of the plaintiff's civil rights, pursuant to 42 U.S.C. Section 1983;

𝕸𝕮𝕮𝖔𝖗𝖒𝖎𝖈𝖐<br>& 𝕸𝖆𝖎𝖙𝖑𝖆𝖓𝖉<br>ATTORNEYS AT LAW<br>SUITE SIX<br>HAYWARD MANOR<br>195 MAIN STREET<br>FRANKLIN,<br>·ASSACHUSETTS 02038<br>·LEPHONE: 508-520-0333<br>·ACSIMILE: 508-520-0363

1

## COUNT I

### THE PLAINTIFF, JESUS RAMOS' CAUSE OF ACTION AGAINST THOMAS M. HODGSON AS THE SHERIFF OF BRISTOL COUNTY, FOR NEGLIGENCE

6. The plaintiff repeats the allegations set forth in paragraphs one and two of the Complaint;

7. On or about February 28, 2006, the plaintiff, Jesus Ramos, was an inmate at the Bristol County House of Corrections and was in the custody of the Sheriff of Bristol County, the defendant, Thomas M. Hodgson;

8. On or about February 28, 2006, the plaintiff, Jesus Ramos, while walking at the Bristol County House of Correction, did slip and fall due to a wet and unsafe condition existing on the floor, which the defendant knew or reasonably should have known existed, and failed to cure.

9. That in failing to cure and allow a wet and slippery floor to exist, the defendant failed to use reasonable care and was negligent.

10. That as a direct and proximate cause of the negligence of the defendant, the plaintiff, Jesus Ramos, did fall and sustained serious and permanent bodily injuries.

11. That by a letter dated February 13, 2008, the plaintiff did notify the defendant of plaintiff's claim for the above-referenced injuries.

WHEREFORE, the plaintiff, Jesus Ramos, demands judgment against the defendant, Thomas M. Hodgson, in an amount that the evidence might prove at trial, plus interest, costs and attorney's fees.

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
1ASSACHUSETTS 02038
ELEPHONE  508-520-0333
ACSIMILE  508-520-0383

2

<u>COUNT II</u>

THE PLAINTIFF, JESUS RAMOS' CAUSE OF ACTION AGAINST THE DEFENDANT, THIOMAS M. HODGSON, FOR A VIOLATION OF HIS CIVIL RIGHTS PURSUANT TO 42 U.S.C. Section 1983.

12. The plaintiff, Jesus Ramos, repeats the allegations contained in paragraphs one, two and five of the General Allegations, and paragraphs seven through eleven of Count I of the instant Complaint.

13. That on or about February 28, 2006, the defendant did intentionally or with deliberate indifference to the care, safety and well-being of the plaintiff, Jesus Ramos, fail to provide premises in a reasonably safe condition for the use of the plaintiff.

14. That as a direct and proximate cause of the intentional acts or deliberate indifference of the defendant, Thomas M. Hodgson, the plaintiff did sustain serious bodily injuries.

WHEREFORE, the plaintiff, Jesus Ramos, demands judgment against the defendant, Thomas M. Hodgson, in an amount as the evidence might prove at trial, plus interest, costs, attorney's fees and punitive damages.

<u>COUNT III</u>

THE PLAINTIFF, JESUS RAMOS' CAUSE OF ACTION AGAINST DEFENDANT, BRISTOL COUNTY, FOR NEGLIGENCE

15. The plaintiff, Jesus Ramos, repeats the allegations contained in paragraphs one, three and five of the General Allegations, and paragraphs seven through eleven of Count I of the instant Complaint

16. That by a letter dated February 13, 2008, the plaintiff did notify the defendant of plaintiff's claim for the above-referenced injuries.

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
ASSACHUSETTS 02038
LEPHONE: 508-520-0333
ACSIMILE: 508-520-0383

3

17. That as a direct and proximate result of the negligence of Bristol County, the plaintiff did sustain serious and permanent bodily injuries.

WHEREFORE, the plaintiff, Jesus Ramos, demands judgment against the defendant, Bristol County, in an amount as the evidence might prove at trial, plus interest, costs and attorney's fees.

## COUNT IV

THE PLAINTIFF, JESUS RAMOS' CAUSE OF ACTION AGAINST CERTAIN INDIVIDUALS WHOSE IDENTITIES ARE UNKNOWN.

18. The plaintiff, Jesus Ramos, repeats the allegations contained in paragraphs one, four, and five of the General Allegations, and paragraphs seven through eleven of Count I of the instant Complaint;

19. That on February 28, 2006, and on dates subsequent thereto, certain unknown individuals, employed by or acting on behalf of the Sheriff of Bristol County, and acting under the color of law, did intentionally or with deliberate indifference, fail to use reasonable care in providing a safe environment for the plaintiff and did likewise deprive the plaintiff of proper medical care for injuries he sustained.

WHEREFORE, the plaintiff, Jesus Ramos, demands judgment against the defendants, certain unknown individuals, in an amount as the evidence might prove at trial, plus interest, costs, attorney's fees and punitive damages.

Respectfully submitted
JESUS RAMOS
By his Attorney,

Edward J. McCormick, III
BBO# 329780
McCORMICK & MAITLAND
195 Main Street  Suite Six
Franklin, MA.  02038
Tel.: 508-520-0333
Fax:  508-520-0383

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
MASSACHUSETTS 02038
TELEPHONE: 508-520-0333
FACSIMILE: 508-520-0383

4